# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A13 | E 1067634 | N. TFEL | 1285 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 7-11-2025 0627HRS | 38 CFR 1.218(a)(5)(b)(11) |

Place of Offense: 500 N. HWY 89 PRESCOTT, AZ 86313 BUILDING 160, ROOM 117

Offense Description. Factual Basis for Charge                    HAZMAT ☐

DISORDERLY CONDUCT

---

**DEFENDANT INFORMATION**      Phone: (    )    -

| Last Name | First Name | M.I. |
|---|---|---|
| KEATON | CAMERON | C |

| City | State | Zip Code | (/dd/yyyy) |
|---|---|---|---|
| WINSLOW | AZ | 86047 | 1990 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | AZ | 257 75 7579 |

| ☒Adult ☐Juvenile | Sex ☒Male ☐Female | Hair BRO | Eyes BRO | Height 5'09 | Weight 170 |
|---|---|---|---|---|---|

**VEHICLE**      VIN:                                        CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

|  |  |
|---|---|
|  | $          Forfeiture Amount |
|  | + $30  Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov → | $          Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 123 N. SAN FRANCISCO FLAGSTAFF AZ 86001 | 08/12/2025 |
|  | Time 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature      SERVED

Original - CVB Copy

*E1067634*

**25-04301-MJ-01-PCT-CDB**

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___JULY 11___, 20 _25_ while exercising my duties as a law enforcement officer in the ___NORTHERN___ District of ___ARIZONA___

SEE ATTACHED

The foregoing statement is based upon:

**X** my personal observation                              my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___07/11/2025___     _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2025.07.11 16:48:10 -07'00'
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# Veteran's Affairs Police System
## Single Violation Listing

Location:   Northern District of Arizona (A13)

| | |
|---|---|
| **Date/Time of Offense:** 11 Jul 2025 at 0627 AM | **Issued to:** |
| **Place of Violation:** NAVAHCS Prescott | **Vehicle:** |
| **Address:** 500 Highway 89 North | Year / Make / Model |
| **City:** Prescott | |
| **State:** AZ   **Zip:** 86313-5001 | **Plate # :** |
| **Citing Officer:** N. Teel | **Offender Home Address** |
| **Citation #:** E1067634 | **Address:** 1 Transcon Ln |
| **Citation type:** Criminal | **City:** Winslow |
| **Disposition:** Open / Referred to Federal Court | **State:** AZ   **Zip:** 86047 |

**Offense Title:**
Disorderly conduct

**Offense Code & Description:**
38 CFR 1.218(a)(5) Disturbances.
Conduct on property which creates loud or unusual noise; which unreasonably obstructs the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, or parking lots; which otherwise impedes or disrupts the performance of official duties by Government employees; which prevents one from obtaining medical or other services provided on the property in a timely manner; or the use of loud, abusive, or otherwise improper language; or unwarranted loitering, sleeping, or assembly is prohibited. In addition to measures designed to secure voluntary terminations of violations of this paragraph the head of the facility or designee may cause the issuance of orders for persons who are creating a disturbance to depart the property. Failure to leave the premises when so ordered constitutes a further disturbance within the meaning of this rule, and the offender is subject to arrest and removal from the premises.

**Incident Description:**
Synopsis:
On 7-11-2025 at 0605 hours, I was called to assist VAPD Sergeant Eaton at the Emergency Department, reference a volatile patient, later identified as Cameron Keaton. Shortly after arriving on scene, Sgt. Eaton, Deputy Chief Armstrong and I attempted to take Keaton into custody for disorderly conduct and attempted to kick and punch me. Keaton was eventually handcuffed and later discharged from the hospital and cleared for incarceration into the Yavapai county jail in Prescott, Arizona.

See attached report.

The forgoing statement is based upon:

[x] My personal observation

[ ] My personal investigation

[ ] Information supplied to me from my fellow officer's observation

[ ] Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   07/11/2025
Date (mm/dd/yyyy)

_[signature]_
Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2025.07.11 16:47:50 -07'00'

U.S. Magistrate Judge

**For Government Use Only**
This report may contain information that is subject to the Privacy Act of 1974

Case 3:25-cr-08130-CDB    Document 1    Filed 07/11/25    Page 4 of 6

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A13 | E 1067635 | N. TEEL | 1285 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07-11-2025 0627HRS | 18 USC 113(a) (4-5) |

Place of Offense: 500 N. HWY 89, PRESCOTT, AZ 86313 BUILDING 160, ROOM 117

Offense Description: Factual Basis for Charge                               HAZMAT ☐

ASSAULTING A POLICE OFFICER

### DEFENDANT INFORMATION        Phone: (     )

| Last Name | First Name | M.I. |
|---|---|---|
| KEATON | CAMERON | C |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WINSLOW | AZ | 86047 | 990 |

| Drivers License No | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|
| | | AZ | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 5·09 | 170 |

### VEHICLE        VIN:                                CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | |
|---|---|
| | $               Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $               Total Collateral Due |

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 123 N. SAN FRANCISCO FLAGSTAFF AZ 86001 | 08/12/2025 |
| | Time 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature        SGNED

Original - CVB Copy

*E1067635*

Case 3:25-cr-08130-CDB    Document 1    Filed 07/11/25    Page 5 of 6

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JULY 11, 20 25 while exercising my duties as a law enforcement officer in the NORTHERN District of ARIZONA

SEE ATTACHED

The foregoing statement is based upon:

K my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/11/2025
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Camille D. Bibles   Digitally signed by Camille D. Bibles
                     Date: 2025.07.11 16:47:26 -07'00'

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

# Veteran's Affairs Police System
## Single Violation Listing

Location:    Northern District of Arizona (A13)

| | |
|---|---|
| **Date/Time of Offense:** 11 Jul 2025    at    0627 AM | **Issued to:** |
| **Place of Violation:** NAVAHCS Prescott | **Vehicle:** |
| **Address:** 500 Highway 89 North | Year / Make / Model |
| **City:** Prescott | |
| **State:** AZ    **Zip:** 86313-5001 | **Plate # :** |
| **Citing Officer:** N. Teel | **Offender Home Address** |
| **Citation #:** E1067634 | **Address:** 1 Transcon Ln |
| **Citation type:** Criminal | **City:** Winslow |
| **Disposition:** Open / Referred to Federal Court | **State:** AZ    **Zip:** 86047 |

**Offense Title:**
Simple assault

**Offense Code & Description:**
18 USC 113(a)(4-5) Simple assault.
(a) Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows:
 (4) Assault by striking, beating, or wounding, by a fine under this title or imprisonment for not more than 1 year, or both.
 (5) Simple assault, by a fine under this title or imprisonment for not more than six months, or both, or if the victim of the assault is an individual who has not attained the age of 16 years, by fine under this title or imprisonment for not more than 1 year, or both.

**Incident Description:**
Synopsis:
On 7-11-2025 at 0605 hours, I was called to assist VAPD Sergeant Eaton at the Emergency Department, reference a volatile patient, later identified as Cameron Keaton. Shortly after arriving on scene, Sgt. Eaton, Deputy Chief Armstrong and I attempted to take Keaton into custody for disorderly conduct and attempted to kick and punch me. Keaton was eventually handcuffed and later discharged from the hospital and cleared for incarceration into the Yavapai county jail in Prescott, Arizona.

See attached report.

The forgoing statement is based upon:
[X] My personal observation
[ ] My personal investigation
[ ] Information supplied to me from my fellow officer's observation
[ ] Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    07/11/2025
Date (mm/dd/yyyy)

Officer's signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)

Camille D. Bibles
U.S. Magistrate Judge

Digitally signed by Camille D. Bibles
Date: 2025.07.11 16:47:05 -07'00'

**For Government Use Only**
This report may contain information that is subject to the Privacy Act of 1974